UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| JEROME JULIUS BROWN, SR., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.   05-1531 |
| ATTORNEY GENERAL, *et al.*, | : | |
| Defendants. | : | |

### MEMORANDUM OPINION

This matter comes before the Court on plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application, and dismiss the complaint.

It appears that plaintiff's claims pertain to real estate in Prince George's County, Maryland. Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and is between citizens of different states. *See* 28 U.S.C. §1332(a). Plaintiff's complaint states neither a federal claim, nor establishes diversity of citizenship. Both plaintiff and defendant are Maryland residents, and the complaint does not establish that the amount in controversy exceeds $75,000. It appears, then, that this Court has no jurisdiction over this matter.

For these reasons, the complaint will be dismissed. An Order consistent with this Memorandum Opinion will be issued separately on this date.

/s/ Ellen S. Huvelle
United States District Judge

DATE: 11/21/07