UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JEROME JULIUS BROWN, SR.,          :
                                   :
       Plaintiff,                  :
                                   :
v.                                 :   Civil Action No.   05-1531
                                   :
ATTORNEY GENERAL, *et al.*,        :
                                   :
       Defendants.                 :

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that all pending motions are DENIED as moot, and it is

FURTHER ORDERED that the complaint is DISMISSED. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ Ellen S. Huvelle
United States District Judge

DATE: 11/21/07